# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2025-2269
Lower Tribunal No. 2025-SC-000220

———————————————

ANDREA TURNER,

Appellant,

v.

NOEL SANTIAGO and ONE NOK PROPERTIES, LLC,

Appellees.

———————————————

Appeal from the County Court for Hardee County.
David N. Horton, Judge.

July 31, 2026

WOZNIAK, J.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("In appellate proceedings the decision of a trial court has the presumption of correctness and the burden is on the appellant to demonstrate error."); *Hernandez v. Mendoza*, 346 So. 3d 60, 61 (Fla. 4th DCA 2022) ("[A]n evaluation of the evidence presented is impossible, and the trial court's findings must be presumed to be correct and supported by evidence."); *Fortune v. Pantin*, 851 So. 2d 274, 274 (Fla. 5th DCA 2003) ("In the absence of a transcript, this court is unable

to evaluate the sufficiency of the evidence considered by the trial court in support of its factual findings, and instead presumes such findings to be correct.").

SMITH and KAMOUTSAS, JJ., concur.

Andrea Turner, Zolfo Springs, pro se.

No Appearance for Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED